IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 4:25-cr-614 |
| ) | |
| ) | 18 U.S.C. § 2251(a), (e) |
| vs. ) | 18 U.S.C. § 2252(a)(2), (b)(1) |
| ) | |
| ALAINA NY'SHA THOMAS ) | |
| ) | **SEALED INDICTMENT** |
| ) | |

### COUNT 1
(*Production of Child Pornography*)

**THE GRAND JURY CHARGES:**

That in or around January 2020, within the District of South Carolina, the Defendant, **ALAINA NY'SHA THOMAS**, did knowingly employ, use, persuade, induce, entice, and coerce a minor, namely Minor Victim, to engage in sexually explicit conduct (as defined in Title 18, United States Code, Section 2256(2)) for the purpose of producing a visual depiction of such conduct (Video 1), knowing and having reason to know that such visual depiction would be transported in interstate commerce; which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate commerce; and which visual depiction was transported in interstate commerce;

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

**RECEIVED**

APR 22 2025

FLORENCE, S.C.

## COUNT 2
*(Distribution of Visual Depiction of Minor Engaging in Sexually Explicit Conduct)*

**THE GRAND JURY FURTHER CHARGES:**

That in or around January 2020, within the District of South Carolina, and elsewhere, the Defendant, **ALAINA NY'SHA THOMAS**, did knowingly distribute a visual depiction (Video 1) using a means and facility of interstate commerce and that had been transported in interstate commerce, and which contained materials which had been so transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), and which visual depiction was of such conduct;

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

## COUNT 3
*(Production of Child Pornography)*

**THE GRAND JURY FURTHER CHARGES:**

That in or around January 2020, within the District of South Carolina, the Defendant, **ALAINA NY'SHA THOMAS**, did knowingly employ, use, persuade, induce, entice, and coerce a minor, namely Minor Victim, to engage in sexually explicit conduct (as defined in Title 18, United States Code, Section 2256(2)) for the purpose of producing a visual depiction of such conduct (Video 2), knowing and having reason to know that such visual depiction would be transported in interstate commerce; which visual depiction was produced using materials that had been mailed, shipped, and transported in interstate commerce; and which visual depiction was transported in interstate commerce;

All in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 4
*(Distribution of Visual Depiction of Minor Engaging in Sexually Explicit Conduct)*

**THE GRAND JURY FURTHER CHARGES:**

That in or around January 2020, within the District of South Carolina, and elsewhere, the Defendant, **ALAINA NY'SHA THOMAS**, did knowingly distribute a visual depiction (Video 2) using a means and facility of interstate commerce and that had been transported in interstate commerce, and which contained materials which had been so transported by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, as that term is defined in Title 18, United States Code, Section 2256(2), and which visual depiction was of such conduct;

All in violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

A \_\_\_\_True\_\_\_\_ BILL

FOREPERSON

BROOK B. ANDREWS
ACTING UNITED STATES ATTORNEY

By: _____
Lauren L. Hummel (Fed. ID 12523)
Assistant United States Attorney
John L. McMillan Federal Building
401 West Evans Street, Room 222
Florence, South Carolina 29501
Tel.: (843) 665-6688
Fax: (843) 678-8809
Email: Lauren.Hummel@usdoj.gov